**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed November 14, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00880-CV

---

### IN RE W.M, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-03129J**

---

## MEMORANDUM OPINION

On November 4, 2019, relator W.M. filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to dismiss an indictment against him.

Relator filed his petition with the trial court cause number of a parental rights termination proceeding of which he is a party. There are no indictments in proceedings to terminate parental rights.

Accordingly, we order relator's petition for writ of habeas corpus dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.